```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
GIANNIS ANTETOKOUNMPO,                        :
                           Plaintiff,         :
                                              :        20 Civ. 4010 (LGS)
             -against-                        :
                                              :        ORDER
STEVE JONES d/b/a CAROLINA THREADZ, et        :
al.,                                          :
                           Defendants.        :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, per the July 22, 2020, Order, this action was dismissed and all conferences were canceled, and the parties' deadline to reopen the action has passed.  It is hereby

**ORDERED** that the parties' application to adjourn the initial pretrial conference is **denied** as moot.

The Clerk of Court is respectfully directed to close the docket entry at #13.

Dated: August 27, 2020
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**